IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE HIBBETT MCCARVER, )<br>AIS # 271238, )<br>  )<br>  Plaintiff, )<br>  )<br>v.  )<br>  )<br>SGT. THOMAS HUGGINS, )<br>  )<br>  Defendant. ) | CIVIL ACTION NO. 2:11cv162-TMH<br>(WO) |

**OPINION and ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on June 23, 2011, (doc. # 10), that this case be dismissed without prejudice for the plaintiff's failure to comply with the orders of this court and her failure to properly prosecute this cause of action. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice.

An appropriate judgment will be entered.

Done this the 9th day of August, 2011.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE